STATE OF NEW JERSEY v. JEROME PORTER.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JESUS MANUEL SANABRIA.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. BRYAN SCOTT MCSHANE.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. BRIAN MULLEN.

September 7, 1988.

Petition for certification denied.

VINCENT A. IACONO v. TOLL BROTHERS, ET AL.

September 7, 1988.

Petition for certification denied. (See 225 *N.J.Super.* 87)